STATE OF NORTH CAROLINA v. CHARLES ISSAC
AND
STATE OF NORTH CAROLINA v. HAROLD BENJAMIN LUTCHIN

No. 6926SC502

(Filed 19 November 1969)

APPEAL by defendants from *Beal, S.J.,* 7 July 1969 Schedule "C" Criminal Session, MECKLENBURG Superior Court.

Each defendant entered a plea of guilty to the charge of breaking or entering with intent to commit a felony and each was sentenced to a term of not less than six nor more than nine years in prison. The defendants were represented by privately employed counsel.

*Attorney General Robert Morgan, by Deputy Attorney General Jean A. Benoy, for the State.*

*Allen A. Bailey and John Plumides, by Allen A. Bailey, for defendant appellants.*

MORRIS, J.

The guilty pleas were tendered to the court by each defendant personally and through their counsel. The court made due and lengthy inquiry of each defendant with respect to the voluntariness of the plea. Each defendant signed a written plea stating his plea was freely, understandingly, and voluntarily given. The court, as to each defendant, entered its adjudication finding that the plea was freely, understandingly, and voluntarily made, was made without undue influence, compulsion, or duress, and without promise of leniency.

The record contains no exceptions or assignments of error. Counsel for defendants candidly state that they find no error anywhere in the proceedings. We have, nevertheless, examined the record and find no prejudicial error.

No error.

MALLARD, C.J., and HEDRICK, J., concur.